# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

146175

GRADY P. GRAHAM,
      Plaintiff/Counter-Defendant-
      Appellant,

v

FIRST OF AMERICA BANK,
NATIONAL CITY BANK,
      Defendants-Appellees,

and

CHEMICAL BANK,
      Defendant/Counter-Plaintiff/
      Cross-Plaintiff-Appellee,

and

JOHN MERTZ,
      Defendant/Cross-Defendant-
      Appellee,

and

WOODVIEW DEVELOPMENT COMPANY and
FASHION SQUARE REALTY, LC,
      Third-Party Defendants.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146175
COA: 308623
Saginaw CC: 10-008001-CK

_____/

On order of the Court, the application for leave to appeal the October 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013
_____

p0225

_____
Clerk